IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARJN #3, LLC, d/b/a JONATHAN'S GRILLE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:20-cv-00808 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| JOHN COOPER, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for a Temporary Restraining Order. (Doc. No. 7). Defendants are ordered to respond to the motion by September 29, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE